FILED

2020 JAN 31 AM 10: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CA
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA     PLAINTIFF(S) <br> v. <br> Samuel Arthur Thompson <br> DEFENDANT(S). | **CASE NUMBER** <br> 3:19-MJ-1364-JBT <br> 20 MJ00438 <br> **AFFIDAVIT RE** <br> **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: __Complaint__
in the __Middle__ District of __Florida__ on __10/7/2019__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __1/26/2018__
in violation of Title __18__ U.S.C., Section(s) __2242(a)(2)__
to wit: __Receipt of Child Pornography__

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me and subscribed in my presence on __1/31/2020__, by

_[signature]_, Deputy Clerk.

1202

_[signature]_          __Daniel Moxley__
Signature of Agent          Print Name of Agent

__FBI__          __Special Agent__
Agency          Title

---

CR-52 (05/98)      **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**